# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Ronald Satish Emrit,

    Plaintiff,

        v.                                  Case No. 1:19cv018

President Trump, *et al.*,                Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on January 9, 2019 (Doc. 4).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 4) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 4) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, it is ordered that: (1) Plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B); (2) Plaintiff Ronald Satish Emrit is declared a harassing and vexatious litigator, and therefore is **ENJOINED AND PROHIBITED** from filing any additional complaints in the Southern District of Ohio **which have not first been certified to have been filed in the correct venue** by an attorney in good standing in this Court or the jurisdiction in which he or she is admitted, or alternatively, which are accompanied

by payment of the full filing fee; (3) The Clerk of Court is specifically **DIRECTED** not to accept any such pleadings from the identified Plaintiff herein, absent compliance with the above restrictions, and is instructed to dispose of such documents accordingly; (4) and pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an appeal of this Order adopting this Report and Recommendation would not be taken in good faith, and therefore, denies Plaintiff leave to appeal *in forma pauperis.*

   **IT IS SO ORDERED.**

                              *s/Michael R. Barrett*
                              Michael R. Barrett, Judge
                              United States District Court